Abner J. Evanns and Others, Respondents, v. Hartford N. Gunn, as Supervisor, and George C. Wallingford and Others, as Councilmen, Together Comprising the Town Board of the Town of North Hempstead, Appellants.— Appeal

by defendants, as supervisor and members of the town board of the town of North Hempstead, from a judgment adjudging a resolution of the said board amending the zoning map of the town to be unreasonable, unconstitutional, void and ineffective. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ. [177 Misc. 85.]